UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN REGER, individually, and as Successor in Interest to Clinton Reger, deceased; KEVIN ELKLEBERRY, as Guardian Ad Litem for E.R. and M.R., minors,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MOUNTAIN LIFEFLIGHT INC.; AMERICAN EUROCOPTER LLC; LYCOMING ENGINES; TEXTRON INC.; AVCO INC.; HONEYWELL INTERNATIONAL COMPANY; TURBOMECA USA; TURBOMECA ENGINE CORPORATION, and DOES 1 through 80,<br><br>　　　　　　Defendants. | Case No. 2:12-cv-02395 JAM-CKD<br><br>**RELATED CASE ORDER** |
| K.B.R., a minor, by and through his Guardian ad Litem, BRANDY MILLER SPEIKER, and JOE RITZ and SUE RITZ, as co-administrators and personal representatives of the estate of CHRISTOPHER RITZ, deceased,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MOUNTAIN LIFEFLIGHT INC., a California Corporation; AMERICAN EUROCOPTER LLC, a foreign corporation; LYCOMING COMPANY, a corporation and subsidiary or division of TEXTRON, TEXTRON, a | Case No. 2:12-cv-02401 MCE-EFB |

1

PDF created with pdfFactory trial version www.pdffactory.com

```
foreign corporation; TURBOMECA    )
USA; TURBOMECA ENGINE CORPORATION; )
and DOES 1-50, inclusive,         )
                                  )
                Defendants.       )
```

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:12-CV-02401 MCE-EFB be reassigned to Judge John A. Mendez and Magistrate Judge Caroline K. Delaney for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:12-CV-02401 JAM-CKD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  10/1/2012                /s/ John A. Mendez_____
                                 JOHN A. MENDEZ
                                 United States District Court Judge

2

PDF created with pdfFactory trial version www.pdffactory.com