UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN REGER, individually, and as Successor in Interest to Clinton Reger, deceased; KEVIN ELKLEBERRY, as Guardian Ad Litem for E.R. and M.R., minors,<br><br>                    Plaintiffs,<br><br>     v.<br><br>MOUNTAIN LIFEFLIGHT INC.; AMERICAN EUROCOPTER LLC; LYCOMING ENGINES; TEXTRON INC.; AVCO INC.; HONEYWELL INTERNATIONAL COMPANY; TURBOMECA USA; TURBOMECA ENGINE CORPORATION, and DOES 1 through 80,<br><br>                    Defendants. | Case No. 2:12-cv-02395 JAM-CKD<br><br>**RELATED CASE ORDER** |
| K.B.R., a minor, by and through his Guardian ad Litem, BRANDY MILLER SPEIKER, and JOE RITZ and SUE RITZ, as co-administrators and personal representatives of the estate of CHRISTOPHER RITZ, deceased,<br><br>                    Plaintiffs,<br><br>     v.<br><br>MOUNTAIN LIFEFLIGHT INC., a California Corporation; AMERICAN EUROCOPTER LLC, a foreign corporation; LYCOMING COMPANY, a corporation and subsidiary or division of TEXTRON, TEXTRON, a | Case No. 2:12-cv-02401 MCE-EFB |

1

1  foreign corporation; TURBOMECA      )
   USA; TURBOMECA ENGINE CORPORATION; )
2  and DOES 1-50, inclusive,           )
                                       )
3  _____Defendants.___)

4      Examination of the above-entitled actions reveals that these

5  actions are related within the meaning of Local Rule 123 (E.D. Cal.

6  2005). Accordingly, the assignment of the matters to the same judge

7  and magistrate judge is likely to affect a substantial savings of

8  judicial effort and is also likely to be convenient for the

9  parties.

10     The parties should be aware that relating the cases under

11 Local Rule 123 merely has the result that these actions are

12 assigned to the same judge and magistrate judge; no consolidation

13 of the actions is effected.  Under the regular practice of this

14 court, related cases are generally assigned to the judge and

15 magistrate judge to whom the first filed action was assigned.

16     IT IS THEREFORE ORDERED that the action denominated

17 2:12-CV-02401 MCE-EFB be reassigned to Judge John A. Mendez and

18 Magistrate Judge Caroline K. Delaney for all further proceedings,

19 and any dates currently set in this reassigned case only are hereby

20 VACATED.  Henceforth, the caption on documents filed in the

21 reassigned case shall be shown as 2:12-CV-02401 JAM-CKD.

22     IT IS FURTHER ORDERED that the Clerk of the Court make

23 appropriate adjustment in the assignment of civil cases to

24 compensate for this reassignment.

25     IT IS SO ORDERED.

26 Dated:  10/1/2012           /s/ John A. Mendez_____
                               JOHN A. MENDEZ
27                             United States District Court Judge

28

2